**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Raul Olmedo Z.Q.,

Petitioner,

v.

Markwayne Mullin, *Secretary of the Department of Homeland Security*; David Venturella, *Acting Director, U.S. Immigration and Customs Enforcement*; David Easterwood, *Director of St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement*; Todd Blanche, *Attorney General of the United States*; Ryan Shea, *Sheriff of Freeborn County*,

Respondents.

Case No. 26-cv-4276 (ECT/DJF)

**ORDER**

---

Upon reviewing Respondents' submissions (ECF Nos. 5, 6), the Court finds additional development of the record is necessary to assess Petitioner's claims. Respondents are directed to produce the following by **October 20, 2026**:

1. All documents related to the Immigration Judge's determination that Petitioner is entitled to cancelation of removal and the rationale for that decision;
2. All documents related to Petitioner's parole or release from United States Immigration and Customs Enforcement ("ICE") custody in October 2017, including any documents reflecting the conditions of his release, any bond paid, and the statutory and/or regulatory basis for his release; and
3. A declaration identifying:
    a. The agency, official or immigration judge that released or paroled Petitioner in October 2017;

b. The statutory and/or regulatory grounds for Petitioner's release or parole in October 2017; and

c. The conditions on which Petitioner was paroled or released, including whether he paid a monetary bond, and if so, the amount.

4. The Court extends Petitioner's deadline to file any reply to Respondents' submissions and any additional information filed pursuant to this Order to **October 23, 2026**.

Dated: October 13, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge