**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Raul Olmedo Z.Q.,

Petitioner,

v.

Markwayne Mullin, *Secretary of the Department of Homeland Security*; David Venturella, *Acting Director, U.S. Immigration and Customs Enforcement*; David Easterwood, *Director of St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement*; Todd Blanche, *Attorney General of the United States*; Ryan Shea, *Sheriff of Freeborn County*,

Respondents.

Case No. 26-cv-4276 (ECT/DJF)

**ORDER**

---

Petitioner has requested an evidentiary hearing (*see* ECF No. 9) to test the authenticity of the alleged I-200 Warrant (ECF No. 6-2) ("Warrant") filed in support of Respondent's objection to the Petition. Upon reviewing Respondents' submissions and Petitioner's Reply, the Court finds additional development of the record is necessary to assess Petitioner's claims. Specifically, the Court notes that: (1.) the Warrant contains formatting irregularities; and (2.) based on the Court's independent review, the Warrant's metadata indicates an original date created of October 5, 2026, which post-dates its alleged signing date and the date of Petitioner's arrest by several days. In light of these findings:

1. Respondents are directed to file, by **October 28, 2026,** declarations from SDDO Randy Langworthy and DO T. Scheuerle averring, under penalty of perjury:

   a. The date when the Warrant was drafted and created, and by whom;

   b. The date when each of them signed the Warrant;

c. The date, time, and location where the Warrant was served on Petitioner and by whom;

d. An explanation as to why the metadata on the Warrant filed with the Court shows it was created on October 5, 2026 at 2:52 PM; and

e. An explanation as to why the Warrant displays irregularities, including the uneven signature line and printed name line for SDDO Langworthy, the uneven lines of the "Certificate of Service" box, and the overlapping and duplicative check boxes.

f. To the extent known to the declarant, each declaration shall provide a narrative accounting of the events that occurred between the arrest of Petitioner on Buchanan St. NE and his eventual arrival at the St. Paul ICE ERO.

g. To the extent known to the declarant, each declaration shall identify the officer or agent described to Petitioner as the "manager", if any, who spoke to Petitioner in a Home Depot parking lot on the date of his arrest, and summarize that conversation.

2. By **October 28, 2026** Respondents shall produce to Petitioner's counsel (but not file) any and all bodycam footage or other video in Respondent's possession showing Petitioner's arrest and any such footage confirming that he was served with the Warrant on the date of his arrest.

3. By **October 28, 2026** Respondents shall file as exhibits any excerpts from the footage described in paragraph 2 that they believe relevant to the claims and defenses asserted in this matter.

4. Petitioner may have until **November 4, 2026** to respond to Respondents' submissions.

The Court declines to order an evidentiary hearing at this time but will evaluate whether such a hearing is necessary after reviewing the parties' additional submissions.

Dated: October 21, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge